ELIZABETH R. LEITZINGER (Bar No. 259677)
EVAN J. ALLEN (Bar No. 310617)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
ELeitzinger@FentonKeller.com
EAllen@FentonKeller.com

Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 3:18-cv-04675-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Date of Filing: May 16, 2018<br>Date of Removal: August 6, 2018<br>Trial Date: None Set |

**TO HONORABLE SENIOR DISTRICT JUDGE CHARLES BREYER:**

IT IS HEREBY STIPULATED by and between Plaintiff COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA and Defendant AETNA LIFE INSURANCE COMPANY through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorney's fees and costs incurred to date.

/ / /

/ / /

/ / /

{EJA-00873046;1}

IT IS SO STIPULATED:

DATED: June 4, 2019        FENTON & KELLER

By:  /s/ Elizabeth R. Leitzinger
ELIZABETH R. LEITZINGER
EVAN ALLEN
Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE
MONTEREY PENINSULA

DATED: June 4, 2019        GORDON REES SCULLY MANSUKHANI

By:  /s/ Matthew Kleiner
MATTHEW KLEINER
ANDREA SCRIPPS
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY

## **ORDER**

UPON GOOD CAUSE BEING SHOWN as set forth in this Stipulation of counsel for Plaintiff COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA and counsel for Defendant AETNA LIFE INSURANCE COMPANY, the Court adopts the Stipulation as an Order of the Court.

IT IS SO ORDERED.

DATED: June 5, 2019

UNITED STATES SENIOR DISTRICT JUDGE
HONORABLE CHARLES BREYER

{EJA-00873046;1}        - 2 -

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE /
CASE NO. 3:18-CV-04675-CRB